IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**PENNY POWERS**                                                                                          **PLAINTIFF**

V.                                          3:23CV00065 JMM

**ROCK DENTAL ARKANSAS PLLC**
**doing business as WESTROCK ORTHODONTICS**                           **DEFENDANT**

## ORDER

This case is hereby referred to United States Magistrate Judge Edie R. Ervin to conduct a settlement conference. Judge Ervin will file a separate order providing details of the conference.

IT IS SO ORDERED this 27th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE