IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PENNY POWERS                                                                 PLAINTIFF

V.                                          3:23CV00065 JM

ROCK DENTAL ARKANSAS, PLLC d/b/a
WESTROCK ORTHODONTICS                                            DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the joint motion, this case is dismissed with prejudice. The Court retains complete jurisdiction for 30 days to resolve issues related to the settlement

The trial scheduled for April 15, 2024 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of December, 2023.

_____
James M. Moody Jr.
United States District Judge